# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SLATIN'S COATINGS & SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. SLATIN, an individual; ROBERT SPENCER, an individual; THE SLATIN CORPORATION, a California corporation; and DOES 1 THROUGH 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. SACV 08-00018 CJC (RNBx)<br><br>**PRELIMINARY INJUNCTION ORDER AGAINST DEFENDANTS**<br><br>**F.R.C.P. 65; CAL. CIV. CODE § 3426.2; CAL. BUS. & PROF. CODE § 17203**<br><br>**Hearing Date:** March 24, 2008<br>**Time:** 1:30 p.m.<br>**Courtroom:** 9B |

# PRELIMINARY INJUNCTION

Plaintiff Slatin's Coatings & Systems, Inc.'s ("SCSI") Motion for Preliminary Injunction and for A Writ of Possession was heard on March 24, 2008. Having read and considered the moving papers, the opposition, and the reply, including all of the declarations and evidence filed in support thereof, as well as all matters within the Court's file and that are subject to judicial notice, and good cause appearing therefore the Court rules as follows:

IT IS HEREBY ORDERED that Defendants, their officers, agents, servants, employees and attorneys, and all those in active concert or participation with them who receive notice or personal service of this order (collectively "Defendants"), are immediately enjoined and restrained as follows:

1. Defendants shall be enjoined, upon the Court's receipt of an undertaking in the amount of $ 25,000 , from advertising, offering and providing goods and services throughout the United States using SCSI's trade name, marks, design logo, slogan, which includes the phrase "**SLATIN'S COATINGS & SYSTEMS,"** or the slogan "**You're Better Covered … For Much Less,"** or using any other designation, trademark, service mark, trade name or product name which resembles SCSI's existing trade name, mark, design logo, slogan and product or system names to be likely to cause confusion, deception or mistakes (including use of the words "**Slatin**" or "**Slatin's**" in any competing business);

2. Defendants shall be enjoined from further infringing on SCSI's trademark, trade name, and/or design logo, further damaging SCSI's goodwill; otherwise using SCSI's trade name, mark or design logo, specifically SCSI's design logo includes the trade name and mark "**Slatin's Coatings & Systems**" containing

the stylized word "**SLATIN"S**" in upper case font positioned above the stylized words "**Coatings & Systems**" in lower case font, in the color scheme of aqua blue, red fringed and concrete grey, in any unlawful or unfair manner;

3. Defendants shall be enjoined from destroying, deleting or otherwise disposing of any records or physical evidence, including in electronic or hard copy formats, relating to SCSI's business and customers, the creation, maintenance, modification to content or transfer of content concerning SCSI's business Internet website and Defendants' business Internet website, the domain names www.slatinscoatings.com and "www.slatins.com," and anything relating to Defendants access to or prior transfer of Kellie Smith's GoDaddy account. *See Dodge, Warren & Peters Ins. Servs., Inc. v. Riley*, 105 Cal. App. 4th 1414, 1418-20 (2003);

4. Defendants shall be enjoined from using in any way SCSI's product formulations created on or before August 15, 2007, testing data or packaging or product bags.

5. Defendants shall immediately take down their current internet business website, or, alternately, remove any designation incorporating SCSI's trade name, marks, slogans, or design logo infringing on SCSI's trademark rights, or which otherwise comprises false advertising, false representation or unfair competition.

6. Defendants shall be enjoined from using "**www.slatins.com**" in any competing business or any confusingly similar domain name containing the word "Slatin" in any other domain name they register in any competing business.

3

1  The reasons for the issuance of this Preliminary Injunction are set forth
2  in the Court's Minute Order attached hereto as Exhibit A, and by this reference
3  incorporated herein, as well as the Court's statements made on the record at the
4  hearing on March 24, 2008.

6  DATED: March 31, 2008

By: _____
HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE